DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-MJ-70282; 20-CR-241 WHA |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| FASI FOTU, | |
| Defendant. | |

    On June 11, 2020, the parties in this matter submitted a joint status report to the Court in light of recent case developments. *See* Dkt. No. 13 (Joint Status Report). On the same day, the Court vacated the preliminary hearing deadlines and ordered the parties to submit a second status report on June 19, 2020. *See* Dkt. No. 14 (Order). The parties submit this joint status report pursuant to that order, and stipulate to the following supplemental information:

    On June 16, 2020, a grand jury in this district indicted defendant Fasi Fotu on one count of felon in possession of firearm and ammunition, in violation of 18 U.S.C. § 922(g). Dkt. No. 15 (Indictment). The Clerk's Office filed this indictment on the open case docket on June 18, 2020. *See id.* Defense counsel has received notice of this indictment.

    With respect to the preliminary hearing, as stipulated in the prior joint status report and pursuant

to the Court's order on May 14, 2020, the time period for holding a preliminary hearing in this matter will expire on June 21, 2020.  *See* Joint Status Report at 2; Dkt. No. 10 (Min. Entry).  Because defendant was indicted on June 16, 2020, there is no longer a need for the Court to conduct a preliminary hearing, *see* Fed. R. Crim. P. 5.1(a)(2) (requiring preliminary hearing unless defendant is indicted), and there are no related time period issues that the Court need address, *see* Fed. R. Crim. P. 5.1(d) (allowing magistrate judge to extend time period for holding preliminary hearing); Min. Entry (noting the Court's order to extend the time period for holding a preliminary hearing in this matter); Joint Status Report (stipulating that the time period for holding a preliminary hearing will expire on June 21, 2020).

With respect to the timing of the filing of the indictment, as referenced in the prior status report and as the United States reported to the Court at the May 29, 2020 status conference, 18 U.S.C. § 3161(b) provided the United States an extension of the 30-day time period to file an indictment by an additional 30 days.  *See* Joint Status Report at 2; *see also* Dkt. No. 12 (Min. Entry).  In this case, defendant was transferred into federal custody on May 1, 2020.  Joint Status Report at 2.  Thus, the June 18, 2020 filing of the indictment in this matter occurred before the expiration of the time period for doing so, and there are no related time period issues that the Court need address.  *See* 18 U.S.C. § 3161(b) (requiring that indictment be filed within 30 days from date of arrest, and allowing additional 30 days if no grand jury had been in session during those initial 30 days).

With respect to the time period for holding trial, there are also no time period issues that the Court need address.  The Speedy Trial Act provides, in a case in which a plea of not guilty has been entered, that trial must commence within seventy days from the filing date of the indictment, after accounting for any appropriate exclusions of time.  *See* §§ 3161(c)(1), (h).  Here, the seventy-day time period has not commenced because defendant has not been arraigned on the indictment and has not entered a plea of not guilty.  *See id.*

As of the time of this filing, it is the understanding of counsel that defendant is not presently at Santa Rita Jail, where he was previously in federal custody for this matter, because he was recently transferred to San Francisco County Jail to face pending state charges in an unrelated case.  *See* Joint Status Report at 1, 3 (referring to transfer request from the San Francisco County Superior Court); Alameda County Sheriff's Office, Inmate Locator, *available at* https://www.acgov.org/sheriff_app (last

accessed June 19, 2020) (showing no records of an inmate named Fasi Fotu at Santa Rita Jail).

Thus, defendant is not at Santa Rita Jail awaiting further federal criminal proceedings in this matter, but rather has been transferred to San Francisco County Jail to face the unrelated state charges mentioned above.

*      *      *

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this joint status report.

DATED:     June 19, 2020            /s/ Christina Liu
                                    CHRISTINA LIU
                                    Assistant United States Attorney

DATED:     June 19, 2020            /s/ with permission
                                    JULIA JAYNE
                                    Counsel for Defendant Fasi Fotu