ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    Fax: (415) 436-7234
    George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:20-CR-00241-WHA |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| FASI FOTU, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Fasi Fotu.

DATED: October 21, 2023

                                    Respectfully submitted,

                                    ISMAIL J. RAMSEY
                                    United States Attorney

                                    THOMAS COLTHURST
                                    Digitally signed by THOMAS COLTHURST
                                    Date: 2023.10.21 12:50:19 -07'00'
                                    THOMAS A. COLTHURST
                                    Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:20-CR-00241-WHA

Leave is granted to the government to dismiss the indictment against Fasi Fotu.

Date: November 16, 2023

*[signature]*

HON. WILLIAM H. ALSUP
United States District Judge

NOTICE OF DISMISSAL
No. 3:20-CR-00241-WHA _____